**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BOBBY POSEY
ADC #113508                                                      PLAINTIFF

V.                          5:07CV00011 GH/HDY

LINDA S. SIEVERS *et al.*                                DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of February, 2007.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE